IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

STEPHENIE BULLOCK, *et al.*,        \*

    Plaintiffs,           \*      Civil Action No. DKC 2002-CV-798

    v.                    \*      **[PROPOSED]**
                                 **PRELIMINARY APPROVAL**
BOARD OF EDUCATION OF    \*      **ORDER**
MONTGOMERY COUNTY, *et al.*,

                         \*

    Defendants.

                         \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

      Upon consideration of the parties' proposed settlement, the representations of the parties and the record in this case, it is this _____ day of _____, 2003, hereby

      ORDERED, that the settlement agreement and consent decree is preliminarily approved pursuant to Fed.R.Civ.P. 23(e) with the understanding that the settlement agreement and consent decree does not address the question of whether a student who attends his or her "school of origin" has a legal right, under McKinney-Vento, to matriculate to the higher level schools (middle or high school) serving the geographic area in which the school of origin is located; and it is

      FURTHER ORDERED, that the defendants shall, within ten (10) days of the date of this Order, send copies of the notice of the proposed settlement in the form attached to this Order to each Montgomery County Public School with a request that it be prominently displayed in either the main office or the guidance office, to each shelter and transitional housing program in Montgomery County that serves homeless children and families, with a request that it be distributed to all residents, to each

DHSS office in Montgomery County, with a request that it be posted prominently in the waiting area, and to each entity on a list of local churches, food banks, clothes closets, soup kitchens, day care centers, community centers, substance abuse treatment programs, housing assistance offices, health clinics and libraries, to be mutually agreed upon by the parties, with a request that it be displayed prominently in a public area, and it is

FURTHER ORDERED, that the Court will hold a hearing pursuant to Fed.R.Civ.P. 23(e) on November 3, 2003 to consider final approval of the settlement.


_____
United States District Judge