

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| STEPHENIE BULLOCK, *et al.*, | * | |
| Plaintiffs, | | |
| v. | * | |
| | | CIVIL ACTION NO. DKC02CV798 |
| BOARD OF EDUCATION OF MONTGOMERY COUNTY, *et al.*, | | |
| Defendants. | * | |

\* \* \*   \* \* \* \* \* \* \* \* \* \*

### PERMANENT INJUNCTION

The Court, having entered a Preliminary Injunction on August 10, 2004, and the parties stipulating, as indicated by the signatures of counsel below, that further proceedings are not necessary before the Court enters a permanent injunction, and the Court having determined that the "school of origin" as defined in 42 USC § 11432 *et seq.* includes the feeder system last attended when permanently housed, based in part upon a 2001 amendment, which states that homeless students may attend the school of origin for the "duration of homelessness." 42 U.S.C. § 11432(g)(3)(A)(i).

It is therefore this 29th day of March, 2005

ORDERED that the Defendants are hereby PERMANENTLY ENJOINED to interpret the definition of "school of origin," as set forth in 42 U.S.C. § 1432(g)(3)(G), to include the feeder system for the school that the child or youth attended when permanently housed or the school in which the child or youth was last enrolled, and to provide the matriculating homeless student class members the rights and services as required by the McKinney-Vento Homeless Assistance Act, such as transportation services, for the duration of homelessness.

_____
United States District Judge

/s/     /s/
_____
Francine K. Hahn (Federal Bar No.: 25227)
Laurie J. Norris (Federal Bar No.: 08940)
PUBLIC JUSTICE CENTER
500 East Lexington Street
Baltimore, MD 21202
(410) 625-9409
(410) 625-9423 facsimile
*Attorneys for Plaintiffs*

Eric C. Brousaides (Federal Bar No.: 012497)
Judith S. Bresler (Federal Bar No.: 03481)
REESE AND CARNEY, LLP
10715 Charter Drive
Columbia, MD 21044
(410) 740-4600
(410) 730-7729 facsimile
*Attorneys for Defendants*